IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR - 4 2020
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:20CR 60019-001 |
| | ) |
| v. | ) |
| | ) |
| | ) 18 U.S.C. § 111(a) |
| MICHAEL GASTON | ) 18 U.S.C. § 1361 |
| | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about January 31, 2020, in the Western District of Arkansas, Hot Springs Division, the Defendant, MICHAEL GASTON, did voluntarily and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with G.B., a Law Enforcement Officer with the United States Forest Service, while G.B. was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT TWO

On or about January 31, 2020, in the Western District of Arkansas, Hot Springs Division, the defendant, MICHAEL GASTON, willfully and by means of operating a vehicle in a manner so as to intentionally strike a law enforcement vehicle of the United States Forest Service, did injure and commit a depredation against property of the United States, that is, a law enforcement

1

vehicle of the United States Forest Service, thereby causing damage to such property in excess of $1,000.

All in violation of Title 18, United States Code, Section 1361.

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: _____
Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR  72901
Telephone: (479) 494-4080
E-mail: bryan.achorn@usdoj.gov

2